# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

TY SHANABERG,

    Plaintiff,

vs.                                                   Case No.: 2:16-cv-1209
                                                       JUDGE GEORGE C. SMITH
                                                       Magistrate Judge Vascura

LICKING COUNTY, *et al.*,

    Defendants.

## ORDER

On November 17, 2017, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this case be dismissed without prejudice against John Doe 1, 2, and 3 pursuant to Rule 4(m) for failure to timely effect service of process. (*See Report and Recommendation*, Doc. 47). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This case is hereby **DISMISSED WITHOUT PREJUDICE** against John Doe 1, 2, and 3.

The Clerk shall remove Document 47 from the Court's pending motions list.

       **IT IS SO ORDERED**.

                                     /s/ *George C. Smith*
                                     **GEORGE C. SMITH, JUDGE**
                                     **UNITED STATES DISTRICT COURT**